**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**Civil Action No.:**

**DAVE KIMES**

    **Plaintiff,**

**v.**

**CREDIT CONTROL SERVICES, INC., a Delaware Corporation**

    **Defendant**

---

**COMPLAINT AND JURY DEMAND**

---

## JURISDICTION

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

2. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") and the Telephone Consumer Protection Act (TCPA) of 1991, 47 U.S.C.§227 et seq.

## VENUE

3. Venue is proper in this District.

4. The acts and transactions occurred in this District.

5. The Plaintiff resides in this District.

6. The Defendant transacts business in this Judicial District.

7. The Defendant is a registered foreign limited liability company with the Colorado Secretary of State, having a registered agent at 1535 Grant Street, Suite #140, Denver, Colorado 80203.

## PARTIES

8. Plaintiff Dave Kimes is a natural person who resides in the City of Fort Collins, County of Larimer, State of Colorado, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

9. Defendant Credit Control Services, Inc. (hereinafter "Defendant") is a Delaware corporation operating from an address of 2 Wells Avenue, Newton Center, Massachusetts 02459 and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

10. The Defendant is registered as a debt collection company with the Office of the Colorado Attorney General's licensing division, license number 991448.

## FACTUAL ALLEGATIONS

11. The Defendant is attempting to collect a debt which the Plaintiff disputes and asserts is invalid.

12. The alleged debt that the Defendant is attempting to collect is a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

13. The alleged debt that the Defendant is attempting to collect stems from an American Family insurance policy that was terminated by the Plaintiff.

14. At the time that the policy was terminated, it was paid in full and may have even had a credit balance.

15. The Plaintiff believes that there may have been credit due to a letter that he received from American Family Insurance on July 27, 2012 indicating that he may receive a credit for the insurance policy that he cancelled.

16. Instead of receiving a credit, the Plaintiff received a dunning letter from the Defendant with bold "WARNINGNOTICE.COM" printed on it.

17. The Plaintiff has no knowledge any reason to be "warned" by the Defendant.

18. The Defendant is using tactics that are designed to bring fear to a consumer and this violates the FDCPA, see 15 U.S.C. §1692d.

19. The use of the term "warning notice" is misleading and violates the FDCPA, see 15 U.S.C. §1692e.

20. Despite the fact that the Plaintiff does not owe American Family Insurance any money, the Defendant is demanding payment of $167.84 from the Plaintiff.

21. It is a violation of the FDCPA for a debt collector to attempt to collect any amount that is not owed or that is not authorized by law, see 15 U.S.C. §1692f(1)..

22. The Defendant has contacted the Plaintiff numerous times, using automated dialing equipment, in their effort to collect a debt.

23. The Plaintiff has no established business relationship with the Defendant and has never given consent to the Defendant to contact him on his cellular telephone.

24. The ongoing telephone calls, where the Defendant leaves a synthesized voice message is annoying and the Plaintiff considers such conduct to be harassing.

**CAUSES OF ACTION**

**COUNT I.**

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

### 15 U.S.C. § 1692 et seq.

1. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

2. The foregoing acts and omissions of Defendant and its agents constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to Plaintiff.

3. As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from Defendant herein.

## COUNT II.

### VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT

### 47 U.S.C. §227 et seq.

4. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

5. The foregoing acts and omissions of the Defendant constitute numerous and multiple violations of the TCPA.

6. The Plaintiff is entitled to statutory damages of $500.00 per violation of the TCPA.

7. If the Plaintiff, in the course of discovery or at trial, can establish that the Defendant knowingly and/or willfully violated the TCPA, the Plaintiff is entitled to $1,500.00 per violation of the TCPA.

## **TRIAL BY JURY**

8. Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable. US Const. amend. 7. Fed.R.Civ.P. 38.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

1. For compensatory damages;

2. For statutory damages;

3. For punitive damages;

4. For injunctive relief, restitution, and disgorgement of ill-gotten gains;

5. For pre-judgment interest to the extent permitted by law;

6. For an award of attorneys' fees, costs and expenses incurred in the investigation, filing and prosecution of this action; and

7. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

s/Troy D. Krenning
Gookin, Krenning and Associates, LLC
770 N. Lincoln Ave
Loveland, CO 80537
 (970) 292-8290
(888) 465-8045 FAX
Email: troy@gkalaw.com

s/ Andrea Fulton
Gookin, Krenning and Associates, LLC
770 N. Lincoln Ave
Loveland, CO 80537
(970) 292-8290
(888) 465-8045 FAX
Email: andrea@gkalaw.com

                                                                                     6

                                                          <u>s/Jill Gookin</u>
                                                          Gookin, Krenning and Associates, LLC
                                                          770 N. Lincoln Ave
                                                          Loveland, CO 80537
                                                           (970) 292-8290
                                                          (888) 465-8045 FAX
                                                          Email: jill@gkalaw.com