IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02551-REB-CBS

DAVE KIMES,

        Plaintiff,

v.

CREDIT CONTROL SERVICES, INC.
a Delaware Corporation

        Defendant.

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW the Defendant, Credit Control Services, Inc., (the "Defendant") by and through its counsel, Adam L. Plotkin, P.C., and responds to Plaintiff's Complaint and Jury Demand ("Plaintiff's Complaint") as follows:

1. The allegations set forth in Paragraph No. 1 of Plaintiff's Complaint are legal conclusions to which no response from Defendant is required. To the extent that a response is required, Defendant denies the allegations set forth in Paragraph No. 1 of Plaintiff's Complaint.

2. Defendant denies the allegations contained in Paragraph No. 2 of Plaintiff's Complaint.

3. The allegations set forth in Paragraph No. 3 of Plaintiff's Complaint are legal conclusions to which no response from Defendant is required. To the extent that a response is required, Defendant denies the allegations set forth in Paragraph No. 3 of Plaintiff's Complaint.

4. Defendant denies the allegations contained in Paragraph No. 4 of Plaintiff's Complaint.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 5 of Plaintiff's Complaint and accordingly denies same.

6. Defendant admits the allegation in Paragraph No. 6 of Plaintiff's Complaint.

7. Defendant denies the allegation in Paragraph No. 7 of Plaintiff's Complaint.

8. Defendant admits that Plaintiff is a natural person. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the remaining allegations contained in Paragraph No. 8 of Plaintiff's Complaint and accordingly denies same.

9. Defendant admits that it is a corporation with an office address of 2 Wells Avenue, Newton Center, Massachusetts 02459. The remaining allegations set forth in Paragraph No. 9 of Plaintiff's Complaint are legal conclusions to which no response from Defendant is required. To the extent that a response is required, Defendant denies the allegations set forth in Paragraph No. 9 of Plaintiff's Complaint.

10. Defendant admits the allegation in Paragraph No. 10 of Plaintiff's Complaint.

11. Defendant admits it is trying to collect a delinquent financial obligation from Plaintiff. Defendant denies the remaining allegations in Paragraph No. 11 of Plaintiff's Complaint.

4. Defendant denies the allegations contained in Paragraph No. 4 of Plaintiff's Complaint.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 5 of Plaintiff's Complaint and accordingly denies same.

6. Defendant admits the allegation in Paragraph No. 6 of Plaintiff's Complaint.

7. Defendant denies the allegation in Paragraph No. 7 of Plaintiff's Complaint.

8. Defendant admits that Plaintiff is a natural person. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the remaining allegations contained in Paragraph No. 8 of Plaintiff's Complaint and accordingly denies same.

9. Defendant admits that it is a corporation with an office address of 2 Wells Avenue, Newton Center, Massachusetts 02459. The remaining allegations set forth in Paragraph No. 9 of Plaintiff's Complaint are legal conclusions to which no response from Defendant is required. To the extent that a response is required, Defendant denies the allegations set forth in Paragraph No. 9 of Plaintiff's Complaint.

10. Defendant admits the allegation in Paragraph No. 10 of Plaintiff's Complaint.

11. Defendant admits it is trying to collect a delinquent financial obligation from Plaintiff. Defendant denies the remaining allegations in Paragraph No. 11 of Plaintiff's Complaint.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the remaining allegations contained in Paragraph No. 12 of Plaintiff's Complaint and accordingly denies same.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the remaining allegations contained in Paragraph No. 13 of Plaintiff's Complaint and accordingly denies same.

14. Defendant denies the allegation in Paragraph No. 14 of Plaintiff's Complaint.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the remaining allegations contained in Paragraph No. 15 of Plaintiff's Complaint and accordingly denies same.

16. Defendant denies the allegations contained in Paragraph Nos. 16-20 of Plaintiff's Complaint.

17. The allegations contained in Paragraph No. 21 do not call for an affirmative response and, accordingly, Defendant denies same.

18. Plaintiff fails to define "numerous" times in his Complaint. As such, Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the remaining allegations contained in Paragraph No. 22 of Plaintiff's Complaint and accordingly denies same.

19. Defendant denies the allegations contained in Paragraph Nos. 23-24 of Plaintiff's Complaint.

20. Defendant repeats and realleges its responses to Paragraph Nos. 1-24 of Plaintiff's Complaint as though fully set forth herein.

21. Defendant denies the allegations contained in Paragraph Nos. 2-3 contained in Count One of Plaintiff's Complaint.

22. Defendant repeats and realleges its responses to Paragraph Nos. 1-24 of Plaintiff's Complaint, and Paragraph Nos. 2-3 of Count One as though fully set forth herein.

23. Defendant denies the allegations contained in Paragraph Nos. 5-7 contained in Count Two of Plaintiff's Complaint.

24. The allegations contained in Paragraph No. 8 contained in the Cause of Action section do not call for an affirmative response and, accordingly, Defendant denies same.

25. Defendant denies all allegations contained in Plaintiff's Prayer For Relief.

26. Any allegation of Plaintiff's Complaint not specifically admitted herein is denied.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff has failed to state any claims upon which relief may be granted.

2. To the extent that the jury may find any violations of the Fair Debt Collection Practices Act, such alleged violations being expressly denied by Defendant, liability for any such alleged violations is barred by 15 U.S.C. §1692k(c).

3. Plaintiff has not suffered any damages.

4. If any breaches, deficiencies or violations were found based upon alleged failures of Defendant, such alleged failures resulted from matters reasonably beyond the control of Defendant.

5. The conduct, acts, and omissions of which Plaintiff complains involve

alleged conduct, acts or omissions of third parties over whom Defendant exercised no control, and for which Defendant is not legally responsible.

6. The alleged conduct of Defendant is not the cause in fact or the proximate cause of the losses or damages alleged by Plaintiff to have occurred.

7. Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

8. To the extent that Plaintiff claims to have suffered damages, which is disputed by Defendant, Plaintiff has failed to mitigate any such claimed damages.

WHEREFORE, Defendant respectfully prays that Plaintiff's Complaint be dismissed with prejudice in its entirety, that Defendant be awarded its reasonable attorneys' fees and costs incurred to date in defending this action, and for such other and further relief as this Court deems proper.

DATED this 5th day of November, 2012.

        Respectfully submitted,

        Adam L. Plotkin, P.C.

By:   /s/ Joseph J. Lico
       Joseph J. Lico, Esq.
       621 Seventeenth Avenue, Suite 1800
       Denver, Colorado 802933
       Telephone: (303) 302-6864
       FAX: (303) 302-6864
       jlico@alp-pc.com
       Attorneys for Defendant

## **Certificate of Service**

I hereby certify that on November 5, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

troydklaw@msn.com

By: /s/ Joseph J. Lico
Joseph J. Lico, Esq.