UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.:  12-cv-02551-REB-CBS

**DAVE KIMES**

      Plaintiff,

v.

**CREDIT CONTROL SERVICES, INC., a Delaware Corporation**

      Defendant

---

**NOTICE OF SETTLEMENT**

---

COMES NOW the Plaintiff by and through his attorney of record and hereby states:

1. The Plaintiff and Defendant have reached a settlement in this matter.

2. A settlement agreement is being prepared by the parties and their respective counsel.

3. Upon execution of the settlement agreement, the parties intend to file a Notice of Dismissal with Prejudice.

4. The parties expect to file the Notice of Dismissal within thirty days.

      Respectfully submitted,

      s/Troy D. Krenning
      **Troy D. Krenning, Esq.**
      Gookin, Krenning & Associates, LLC
      770 N. Lincoln Avenue
      Loveland, Colorado 80537
      (970) 292-8290
      Email: troydklaw@msn.com
      **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following email address:

jlico@alp-pc.com
c/o Joseph J. Lico, Esq.
    621 Seventeenth Avenue
    Suite 1800
    Denver, CO 80293

                                      s/Troy D. Krenning
                                      **Troy D. Krenning, Esq.**
                                      Gookin, Krenning & Associates, LLC
                                      770 N Lincoln Avenue
                                      Loveland, Colorado 80537
                                      (970) 292-8290
                                      (888) 465-8045 FAX
                                      Email: troydklaw@msn.com
                                      **Attorney for Plaintiff**