**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02551-REB-CBS

DAVE KIMES,

    Plaintiff,

v.

CREDIT CONTROL SERVICES, INC., a Delaware Corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#12] filed December 21, 2012. After careful review of the stipulated motion and the file, I conclude that the stipulation should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss With Prejudice** [#12] filed December 21, 2012, is **GRANTED**; and

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated December 27, 2012, at Denver, Colorado.

                                    **BY THE COURT**:

                                    *Bob Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge