**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02551-REB-CBS

DAVE KIMES,

     Plaintiff,

v.

CREDIT CONTROL SERVICES, INC., a Delaware Corporation,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#12] filed December 21, 2012.  After careful review of the stipulated motion and the file, I conclude that the stipulation should be granted and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulated Motion To Dismiss With Prejudice** [#12] filed December 21, 2012, is **GRANTED**; and

     2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated December 27, 2012, at Denver, Colorado.

     **BY THE COURT**:

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge